1  **NOT**
KYM SAMUEL CUSHING
2  Nevada Bar No. 4242
ARYN FITZWATER
3  Nevada Bar No. 8802
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
4  300 South 4th Street, 11th Floor
Las Vegas, NV 89101-6014
5  (702) 727-1400; Fax (702) 727-1401
Aryn.Fitzwater@wilsonelser.com
6  Attorneys for Defendant,
Principal Life Insurance Company
7

8                        UNITED STATES DISTRICT COURT

9                             DISTRICT OF NEVADA

10  ROSEANN TITUS,                    )  Case No.: 2:11-cv-00915-RCJ-RJJ
                                      )
11              Plaintiff,            )
                                      )
12  vs.                               )
                                      )
13  PRINCIPAL LIFE INSURANCE COMPANY, )
    an Iowa corporation,              )
14                                    )
                Defendant.            )
15                                    )
                                      )
16                                    )

17           **NOTICE OF CHANGE OF COUNSEL AND REQUEST FOR**
18                  **REMOVAL FROM SERVICE LIST**

19  TO: CLERK OF THE COURT; and

20  TO: ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

21          Defendant PRINCIPAL LIFE INSURANCE COMPANY, by and through their counsel of

22  record, KYM SAMUEL CUSHING, ESQ. and ARYN FITZWATER, ESQ. of Wilson, Elser,
23
    Moskowitz, Edelman & Dicker, LLP, and hereby advises the Court and all other parties that counsel
24
25  REUBEN CAWLEY, ESQ. is no longer an attorney of record in this case. Defendants request that

26  Mr. Cawley be removed from the Court's electronic service list.

27  . . .

28

570645.1
249455.1

NOTICE IS HEREBY GIVEN that KYM SAMUEL CUSHING, ESQ. and ARYN FITZWATER, ESQ. will continue as the attorneys of record on behalf of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP for defendants PRINCIPAL LIFE INSURANCE COMPANY. The firm name, address, telephone number, and fax number will remain the same.

DATED this ___ day of July, 2011.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

KYM SAMUEL CUSHING
Nevada Bar No. 4242
ARYN FITZWATER
Nevada Bar No. 8802
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South 4th Street, 11th Floor
Las Vegas, NV 89101-6014
(702) 727-1400; Fax (702) 727-1401
Attorneys for Defendant
PRINCIPAL LIFE INSURANCE COMPANY

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the ___ day of July, 2011, I did deposit for mailing in the United States Mail at Las Vegas, Nevada, a true and correct copy of the above and foregoing **NOTICE OF CHANGE OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST** in a sealed envelope with first class postage fully prepaid thereon, addressed to:

Steven J. Parsons
Law Offices of Steven J. Parsons
7201 W. Lake Mead Blvd., Ste. 108
Las Vegas, NV  89128 8354
(702) 384-9900
(702) 384-5900
steve@sjplawyer.com

_____
An Employee of
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE
DATE: JULY 15, 2011

2

249455.1